JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYRUS MAGHAMI, an individual; and FALLBROOK CAPITAL SECURITIES CORPORATION, a Florida corporation registered to do business in California,<br><br>Plaintiffs,<br><br>vs.<br><br>FORTITUDE PARTNERS GROUP, LLC, a Delaware limited liability company; and CV SYSTEMS, LLC, a Delaware corporation registered to do business in Texas,<br><br>Defendants. | Case No.: CV 17-8564-DMG (Ex)<br><br>**ORDER RE STIPULATION OF DISMISSAL WITHOUT PREJUDICE [25]** |

Having reviewed the Parties' stipulation and good cause appearing therefor, the Court orders as follows:

This case is hereby dismissed <u>without prejudice</u>, with each party to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: February 22, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE